IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JEREMY FAULK,                          §
                                       §
            Plaintiff,                 §
                                       §
v.                                     §                    6:18-CV-341-RP
                                       §
BAYLOR UNIVERSITY,                     §
                                       §
            Defendant.                 §

## FINAL JUDGMENT

On March 1, 2019, the parties dismissed all claims in this case without prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 16). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FINALLY ORDERED** that each party bear its own costs.


**SIGNED** on March 4, 2019.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE